**BRIAN D. SHAPIRO**
Federal Bankruptcy Trustee
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600; Fax (702) 383-0994
trustee@trusteeshapiro.com

E-Filed: November 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S-18-14352 BTB |
| TULLOSS, MELODY O'LEASCHA | IN PROCEEDINGS UNDER CHAPTER 7 |
| | EX PARTE APPLICATION TO EMPLOY REAL ESTATE AGENT |
| Debtor(s) | Hearing Date: N/A<br>Hearing Time: N/A |

    BRIAN D. SHAPIRO, TRUSTEE of the above-entitled Estate, requests this Court to

permit the Trustee to employ Debbie Priebe, Sr. Vice President of Short Sale Success, Broker of

Elegant Properties, LLC, 170 S. Green Valley Pkwy. #200, Henderson, NV 89012 ("Realtor").

This motion is based upon the Declaration of Brian D. Shapiro in support and the following

memorandum of points and authorities.


Dated: October 22, 2018

BRIAN D. SHAPIRO, TRUSTEE

## **MEMORANDUM OF POINTS AND AUTHORITIES**

11 U.S.C. §327(a) permits the Trustee to employ a real estate agent that does not hold or represent an interest adverse to the Bankruptcy Estate and is a disinterested person, to represent or assist the Trustee in carrying out the duties under this title.

As indicated in the Declaration in Support, the Trustee has contacted this Realtor to assist in the short sale of real property located at 404 Bayleaf Place, Goldsboro, NC 27534 ("Real Property"). According to the Debtor's Schedule A, the value of Real Property is approximately $170,000.00. The Declaration is Support, filed contemporaneously with this motion, indicates that the Realtor does not hold or represent an interest adverse to the Bankruptcy Estate and the realtor acknowledges that such fees and costs are subject to further Court approval.

The Trustee believes that it is necessary to retain the Realtor to assist in the short sale of the Real Property. It is the Trustee's position that the Realtor is necessary to assist in the duties of the Trustee. As such, the Trustee requests this court to grant the motion to employ.

Dated: October 22, 2018

BRIAN SHAPIRO, TRUSTEE