**BRIAN D. SHAPIRO**  
Federal Bankruptcy Trustee  
510 S. 8th Street  
Las Vegas, NV 89101  
(702) 386-8600; Fax (702) 383-0994  
trustee@trusteeshapiro.com

E-Filed: November 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>TULLOSS, MELODY O'LEASCHA<br><br>Debtor(s) | Case No. BK-S 18-14352 BTB<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>DECLARATION OF BRIAN D. SHAPIRO IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY REAL ESTATE AGENT |

STATE OF NEVADA        )

COUNTY OF CLARK       )

BRIAN D. SHAPIRO, being duly sworn, states:

1) I am the duly appointed Chapter 7 Trustee in the above referenced matter. I have personal knowledge of the fast and circumstances stated herein and am competent to testify to the same.

2) The Debtor(s) is the owner, subject to liens and encumbrances of record, of 404 Bayleaf Place, Goldsboro, NC 27534 ("Real Property").

3) Based upon information and belief, the Real Property is vacant, and can be short sold for the benefit of the Bankruptcy Estate.

4) In order to sell the Real Property it is necessary for the Estate to employ Debbie Priebe, licensed within the state of Nevada, to market and procure buyers for the Real Property, as well as negotiate a short sale with the secured lender.

5) It is my position that I am in need of assistance to liquidate the assets of the Bankruptcy Estate and that Debbie Priebe could assist me in such endeavor.

6) Debbie Priebe has acknowledged that her fees and costs are subject to further Bankruptcy Court approval. Such approval shall be made by formal motion for authority to sell said Real Property once a sales agreement is entered into between the Trustee and a prospective buyer, and upon receipt of lender short sale approval.

7) I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22 day of ____oct____, 2018

_____
BRIAN SHAPIRO, TRUSTEE